# United States District Court
# District of New Jersey

March 29, 2019

### LETTER-ORDER ORIGINAL FILED WITH THE CLERK OF COURT

Re:  M.D. Sidney Rabinowitz v. United Healthcare Insurance Company
Civil No. 19-6228 (JMV)

Dear Counsel,

Our records indicate that a proof of service has been filed in this civil action and that the time for defendant(s) to answer has expired.  You are hereby directed to move this civil action, by requesting that a ***default and default judgment*** be entered or submitting an extension to answer out of time, within twenty (20) days from the date hereof.  **Should you fail to do so, this action shall be listed for dismissal on April 19, 2019.**

**SO ORDERED**

 /s/ John Michael Vazquez
JOHN MICHEAL VAZQUEZ, U.S.D.J.